RoxRoy C. Morgan, in pro per
4944 Roja Dr.
Oceanside, CA 92057
Tel.:(760)529-0222
Debtor *in pro per*

FILED
2010 FEB 11 PM 4:25
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| RoxRoy C. Morgan<br><br>DEBTOR | ) Case No.: 10-1226-PB-13<br>)<br>) Chapter 13<br>)<br>) DEBTOR'S MOTION FOR EXTENSION<br>) OF TIME TO FILE SCHEDULES,<br>) STATEMENT OF AFFAIRS, AND PLAN<br>)<br>) DATE: January 28, 2010<br>) TIME:<br>) DEPT: U.S. BANKRUPTCY COURT<br>)  SOUTHERN DISTRICT, SAN DIEGO |

I. **DEBTOR'S MOTION OF EXTENSION OF DEADLINE TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND 13 PLAN**

RoxRoy C. Morgan, the debtor and debtor –in- possession in the above-captioned case files its Motion for Extension of Deadlines to File Schedules and Statement of Financial

- 1

Affairs, and Chapter 13 Plan

(the Motion).  In support of the Motion, the Debtor respectfully represents as follows:

### INTRODUCTION

1. On January 28, 2010 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 13 of the Bankruptcy Code.

2. The Debtor is continuing in possession of its properties and is operating and managing its business as debtor-in- possession pursuant to Sections 1107 and 1108 of the of the Bankruptcy Code.

3. The Debtor is a installer and repair technician of air conditions in residential and commercial properties.

4. The Debtor suffered erosion of sales due to the decline in the housing and home improvement, demand for significant price decreases from several of our current customers.  These factors resulted in significant losses to the Debtor.

### RELIEF REQUESTED

5. Pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtor is required to file, among other things, its (i) schedules of assets and liabilities, (ii) schedule of current income and expenditures, (iii)statement of financial affairs, and (iv)chapter 13 plan within fifteen days after the Petition Date (the "Statutory Period")

6. By this Motion, the Debtor respectfully request the entry of an order extending time for the Debtor to file its Schedules and Statement until February 15, 2010.

## BASIS FOR RELIEF

7. Due to the diversity of its operations, the Debtor anticipates that it will be unable to complete its Schedules and Statement in the mere fifteen days provided under Bankruptcy Rule 1007( c). In order to prepare the Schedules and Statements, the Debtor must gather information from books, records, and documents relating to a myriad of claims, assets and contracts. The Debtor simply has not had sufficient time to collect and assemble the financial data and other information to prepare the Schedules and Statements required by the Bankruptcy Rules.

Dated: February 10, 2008

_____
RoxRoy C. Morgan, in pro per

Debtor

- 3