CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.
DAVID L. SKELTON, TRUSTEE #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619)338-4006

Order Entered on
April 12, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

ROXROY COSTONEY MORGAN

Debtor.

BANKRUPTCY NO   10-01226 B 13
Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: N/A

# ORDER
## DISMISSING CHAPTER 13 CASE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 1

//
//
//
//
//
//

DATED: April 09, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:
DAVID L. SKELTON, TRUSTEE

(Firm name)

By: /s/ David L. Skelton
Attorney for ☐ Movant ☐ Respondent

CSD 1001A

CSD 1001A [11/15/04] (Page 2)
ORDER ON DISMISSING CHAPTER 13 CASE
DEBTOR: ROXROY COSTONEY MORGAN                                          CASE 10-01226 B 13

The Chapter 13 Trustee respectfully represents that:

The debtor failed to appear and testify at the regularly scheduled and duly noticed First Meeting of Creditors held on APRIL 02, 2010 Pursuant to 11 U.S.C. 341(a) or any continued Meeting of Creditors scheduled thereafter.

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. The above-entitled case is dismissed without prejudice as to the above-named debtor only.

2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-3.

3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. 349 shall hereby apply.

IT IS FURTHER ORDERED the court hereby explicitly retains jurisdiction to review and adjudge any action, motion, or adversary proceeding filed by the United States Trustee under U.S.C. Section 110 against any bankruptcy petition preparer(s) identified by the United States Trustee's investigation in this case for a limited time of 180 days from the entry date of this order.

CSD 1001A                                                               *Signed by Judge Peter W. Bowie April 09, 2010*